# WRIT OF HABEAS CORPUS

THE United States District Court
For The District of Alaska

VS,

MAATAUA MANOGIAMANU
DOB: 10/12/71
SSN: 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
USMS#: 13233-006
CR#: A96-079-1 CR (HRH)

RECEIVED
AUG 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I'm being held illegally by the Federal Detainer. And I would like to request for attorney appointed to represent me.

Sincerely,

Dated 8-3-06    x [signature]
                  DEFENDANT