IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>MAATUA MANUGIAMANU,<br><br>On Writ of Habeas Corpus | ) Case No. 3:96-CR-00079 HRH<br>)<br>) <u>ORDER FOR ISSUANCE OF</u><br>) <u>WRIT OF HABEAS CORPUS</u><br>) <u>AD PROSEQUENDUM</u><br>)<br>) |

On the Petition of Stephan A. Collins, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring MAATUA MANUGIAMANU, now being held at Anchorage Correctional Center-East, before this Court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. MAATUA MANUGIAMANU</u>, Case No. 3:96-CR-00079 HRH, for the scheduling of an arraignment/initial appearance in Anchorage, Alaska on a petition to revoke supervised release and such other proceedings as the Court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this 22nd day of September, 2006 at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE