

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska 99513-7568

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: *Prisoner in STATE Custody with Federal Detainer*

| | |
|---|---|
| NAME: | MANOGIAMANU, MAATAUA |
| DATE OF BIRTH: | 10/21/71 |
| CHARGE: | Violations of Supervised Release |
| CASE NUMBER: | 03:96-CR-00079-01 (HRH) |
| PLACE HELD: | ACC - EAST |
| DATE OF DETAINER: | 05/11/2006 |

REMARKS: Subject is in state custody with an active federal detainer. U.S. Marshals will notify once subject is in federal custody and available for court.

BOOKED IN ENGLISH: YES  X    NO _____

Language: _____

**Please call Richard Snyder at (907) 271-4374 in regards to this notice of arrest. Thank you.**