# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release\

### ***SUPPLEMENTAL***

| | |
|---|---|
| Name of Offender: Maatua Manogiamanu | Case Number: A96-079 CR (HRH) |

Sentencing Judicial Officer:      H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:      February 6, 1997

Original Offense:      Possession With Intent to Distribute a Controlled Substance
Possession With Intent to Distribute a Controlled Substance

Original Sentence:      108 months jail, five years supervised release

Date Supervision Commenced:      January 27, 2005

Asst. U.S. Attorney: Stephan Collins          Defense Attorney: John Salemi

## PETITIONING THE COURT

[X]   To issue a warrant **(Defendant already in custody)**
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 11, 2006, the defendant was arrested for Misconduct Involving Weapons in the First Degree (Alaska state case 3AN-S06-4861 CR), a class A felony. This violation is a Grade A violation. |
| 7 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 11, 2006, the defendant was arrested for Eluding a Peace Officer in the First Degree (Alaska state case 3AN-S06-4861 CR), a class C felony. This violation is a Grade B violation. |
| 8 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 11, 2006, the defendant was arrested for Fourth Degree Misconduct Involving a Controlled Substance (Alaska state case 3AN-S06-4861 CR), a class C felony. This violation is a Grade B violation. |

9        The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on May 11, 2006, the defendant was arrested for Sixth Degree Misconduct Involving a Controlled Substance (Alaska state case 3AN-S06-4861 CR), a class B misdemeanor. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]    Revoked
[ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: September 25, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be

before the undersigned District Court Judge.

[ ]   Other:

_REDACTED SIGNATURE_
H. Russel Holland
Senior U.S. District Court Judge

September 25, 2006
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> vs. <br><br> Maatua Manogiamanu | Case Number: A96-079-1 CR (HRH) <br><br> ***SUPPLEMENTAL*** <br><br> DECLARATION IN SUPPORT OF PETITION |

I, Travis Lyons, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Maatua Manogiamanu, and in that capacity declare as follows:

On February 6, 1997, the defendant was convicted of two counts of Possession With Intent to Distribute a Controlled Substance, and sentenced to 108 months jail with five years supervised release. The defendant was released from custody on or about January 27, 2005.

On May 11, 2006, the defendant was arrested for Misconduct Involving Weapons in the First Degree (Alaska state case 3AN-S06-4861 CR), a class A felony.

On May 11, 2006, the defendant was arrested for Eluding a Peace Officer in the First Degree (Alaska state case 3AN-S06-4861 CR), a class C felony.

On May 11, 2006, the defendant was arrested for Fourth Degree Misconduct Involving a Controlled Substance (Alaska state case 3AN-S06-4861 CR), a class C felony.

Police reports indicate that on May 11, 2006, at around 0020, shots were fired at a dump-truck from a white sedan with spinning type hubcaps. Anchorage Police Officers responded to the 911 call and, after pursuing the suspected vehicle, discovered the defendant in the area of that abandoned vehicle. After questioning the defendant about the incident, he admitted to driving the suspected vehicle and had keys matching that vehicle on his person. The defendant was arrested at that time.

As he was being processed into the Anchorage Jail, a small bag of marijuana was taken from the defendant's pocket.

Maatua Manogiamanu-Petition
A96-079 CR (HRH)

On May 22, 2006, the defendant was indicted on all the above charges and is currently awaiting a disposition to these matters.

Executed this 18th day of September, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

REDACTED SIGNATURE

Travis Lyons
U.S. Probation Officer
District of Alaska