# United States District Court
### for the
# DISTRICT OF ALASKA

**RECEIVED**
SEP 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Maatua Manogiamanu ) | Case Number: A96-079-01 CR (HRH) <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

*RECEIVED U.S. MARSHALS SERVICE ALASKA APR 27 PM 2:05*

    YOU ARE HEREBY COMMANDED to arrest Maatua Manogiamanu and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

**SIGNATURE REDACTED**

H. Russel Holland
Senior U.S. District Court Judge

Date: 9/17/06

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

WHCAP ISSUED — WARRANT RETURNED

| Date Received: 4/20/2006 <br> Date of Return: 9/25/2006 | Name and title of arresting officer: <br> Stacy Morton Savon | Signature of arresting officer: <br> **REDACTED SIGNATURE** |
|---|---|---|