MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. MAATAU K. MANOGIAMANU    CASE NO. 3:96-cr-00079-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        APRIL KARPER

UNITED STATES ATTORNEY:        THOMAS BRADLEY

DEFENDANT'S ATTORNEY:        MICHAEL DIENI - APPOINTED

U.S.P.O.:              TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 87, 93) HELD SEPTEMBER 26, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:37 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release and Supplemental
   Petition to Revoke Supervised Release given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant states true name: Same as above.

 X Financial Affidavit **FILED.**
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1-5 of the Petition to Revoke
   Supervised Release and allegation 6-9 of the Supplemental
   Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED.**

 X Detention uncontested; defendant detained.

 X Order of Detention Pending Trial **FILED.**

 X OTHER: Court and counsel heard re defendant's Motion to
Appoint Counsel (docket 88); **GRANTED.** Court and counsel heard re
defendant's pending State of Alaska case; Status Hearing set for
**December 1, 2006 at 9:30 a.m.**

At 1:52 p.m. court adjourned.


DATE:   September 26, 2006   DEPUTY CLERK'S INITIALS:    amk