```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  MAATAU K. MANOGIAMANU    CASE NO. 3:96-CR-00079-HRH
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:          MIKE DIENI

U.S.P.O.:                      TRAVIS LYONS

PROCEEDINGS: STATUS HEARING HELD 12/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

Court and counsel heard re defendant's state case and defendant's oral motion to continue proceeding; **GRANTED**.

Status Hearing set for 1/03/07 at 9:30 a.m.

At 9:37 a.m. court adjourned.

DATE:    December 1, 2006     DEPUTY CLERK'S INITIALS:   SCL