MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __MAATAUA MANOGIAMANU__   CASE NO. __3:96-CR-00079-HRH__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI_____

U.S.P.O.: _____TRAVIS LYONS_____

PROCEEDINGS: CONTINUED STATUS HEARING Held 01/03/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

_X_ Defendant sworn and stated name:_same as above._

_X_ Defendant **ADMITTED** allegation _7 of the Supplemental Petition to Revoke Supervised Release.  Allegations 1-5 of the Petition to Revoke Supervised Release and Allegation 6, 8 & 9 of the Supplemental Petition to Revoke Supervised Release to be dismissed at Final Disposition Hearing._

_X_ Matter to be referred to U.S. District Judge for Final Disposition Hearing.

_X_ Defendant's detention continued.

At 9:45 a.m. court adjourned.

DATE: ____January 3, 2007____   DEPUTY CLERK'S INITIALS: ____Ce____