**MINUTES OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

　　UNITED STATES OF AMERICA　　v.　　MAATAU K. MANOGIAMANU

THE HONORABLE H. RUSSEL HOLLAND　　CASE NO. 3:96-cr-00079-HRH

　　Deputy Clerk　　　　　　　　　　Official Recorder

　　Linda Christensen

APPEARANCES:　　for PLAINTIFF:　----

　　　　　　　　for DEFENDANT:　----

PROCEEDINGS:　**ORDER FROM CHAMBERS**

　　A Final Disposition Hearing Re Petition for Revocation of Supervised Release is hereby scheduled for **Thursday, January 25, 2007 at 9:30 a.m.** in Courtroom 1, Anchorage, Alaska before U.S. District Judge H. Russel Holland.

DATE: January 5, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]