Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MAATAU K. MANOGIAMANU,<br><br>               Defendant. | Case No. 3:96-cr-0079-HRH<br><br>DEFENDANT'S<br>PREDISPOSITION BRIEF |

       Defendant, Maatau K. Manogiamanu, by and through counsel Michael Dieni, Assistant Federal Defender, submits his predisposition brief.

       The government, the probation officer, and Mr. Manogiamanu have entered into a binding agreement that Mr. Manogiamanu will receive a final judgment revoking supervised release and imposing a sentence of 12 months and one day, consecutive to his 18 month sentence in State of Alaska case number 3AN-S06-4861, which is the primary basis for this petition.  The agreement fits within the recommendation of the sentencing guidelines for someone in Mr. Manogiamanu's situation at CAT IV for a B violation.

Although the parties have stipulated that Mr. Manogiamanu's federal supervision will terminate, it is recognized that he will not be set free without supervision. Pursuant to the state charges, the State of Alaska will supervise Mr. Manogiamanu for five years, which will effectively cover the amount of time he would have been supervised in the federal case, even if his supervision had not been terminated. During that five years, Mr. Manogiamanu will have 42 months of potential incarceration hanging over his head.

The overall disposition is appropriate. During the state court supervision, Mr. Manogiamanu wishes to prove that it was never his intent to fail on supervision. Unfortunately, approximately four months after his January 2005 release, Mr. Manogiamanu was involved in a disfiguring and disabling motorcycle accident. He now awaits his third surgery. He is in constant pain. After the accident, for several months, he had to reside in a rehabilitation center just to regain the use of his arms and legs. For a man with a history of illegal drug use problems, going through a period of extreme pain in the rehabilitation of his arms and legs was a set-up for failure.

Due to the lingering effects of his injuries, Mr. Manogiamanu has a steep rehabilitation road ahead of him. He will struggle to become self-sufficient. At sentencing, therefore, consistent with the agreement, Mr. Manogiamanu will request that the court recommend to the Bureau of Prisons that Mr. Manogiamanu be permitted to serve as much of his sentence as possible in a community corrections setting.

///

///

DATED this 22nd day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 22, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Thomas Bradley, Esq.

/s/ Michael D. Dieni