```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __MAATAUA MANOGIAMANU__ CASE NO. __3:96-CR-00079-HRH__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE: _____H. RUSSEL HOLLAND_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI_____

U.S.P.O.: _____TRAVIS LYONS_____

PROCEEDINGS: FINAL DISPOSITION HEARING RE PETITION TO REVOKE
            SUPERVISED RELEASE Held 02/05/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

_X_ Defendant **previously ADMITTED** allegation _7 of the Petition to Revoke Supervised Release._

_X_ Supervised Release revoked.

_X_ Imprisonment for a period of _12 months and One Day. This term to run consecutively with State of Alaska Case 3AN-06-4861-CR. No term of supervision to follow._

_X_ On motion of the U.S. Attorney, remaining Allegations _1, 2, 3, 4, 5, 6, 8 & 9 of the Petition to Revoke Supervised Release are_ **DISMISSED.**

_X_ Defendant remanded to the custody of the U.S. Marshal.

At 9:22 a.m. court adjourned.

DATE: __February 5, 2007__     DEPUTY CLERK'S INITIALS: __Ce__