UNITED STATES DISTRICT COURT
District of Alaska

| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| vs. | (For Revocation of Probation or Supervised Release) |
| | For Offenses Committed On or After November 1, 1987 |
| MAATAUA MANOGIAMANU | (Original Judgment filed 02/10/2007) |
| | Case Number: 3:96-CR-000079-HRH |
| | MIKE DIENI |
| | Defendant's Attorney |

Defendant's probation officer filed a Petition on 04/18/2006 accusing the defendant of 5 Violations and filed a Supplemental Petition on 09/25/2006 accusing defendant of 4 additional violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegation 7 of the Supplemental Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 7 | Mandatory | Defendant Arrested | 05/11/2006 | B |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

FEBRUARY 5, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

2/5/07
Date

AO245.REV

Defendant: MAATAUA MANOGIAMANU                Amended Judgment--Page  2  of  3
Case No.:   3:96-CR-00079-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 12 Months and One Day .

This term to run consecutively with sentence imposed on State of Alaska Case 3AN-06-4861-CR.

[X]   The court makes the following recommendations to the Bureau of
      Prisons:
      Court STRONGLY recommends that the defendant serve a significant portion of his sentence in a half-way house, to facilitate his transition back into the community.

[X]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this
      district,
                           a.m.
      [_]   at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the
      institution designated by the Bureau of Prisons,
      [_]   before 2 p.m. on _____.
      [_]   as notified by the United States Marshal.
      [_]   as notified by the probation office.

                              **RETURN**

      I have executed this judgment as follows:

_____
_____
_____
_____

      Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                        _____
                                              United States Marshal

                                        By _____
                                                  Deputy Marshal

AO245.REV

```
Defendant: MAATAUA MANOGIAMANU                Amended Judgment--Page _3_ of _3_
Case No.:  _3:96-CR-00079-HRH_
```

**SUPERVISED RELEASE**

Defendant's supervised release is modified as follows:

        NO TERM OF SUPERVISION TO FOLLOW

term of supervision is not extended.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV