RECEIVED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
U.S. MARSHAL SERVICE MAY 15 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

RECEIVED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No. 3:96-CR-00079 |
| MAATUA MANUGIAMANU, | |
| On Writ of Habeas Corpus | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| UNITED STATES OF AMERICA, | |
| DISTRICT OF ALASKA | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of MAATUA MANUGIAMANU, by you imprisoned and detained as it is said, at Anchorage Correctional Center-East, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance on a petition to revoke supervised release, and other proceedings as the Court may desire, thereafter and as necessary in United States v. MAATUA MANUGIAMANU, Case No. 3:96-CR-00079 HRH,

now pending before said Court, and that you return said person to the State of

Alaska Department of Corrections as soon as the case may be disposed of, under

safe and secure conduct.

This is a continuing Writ on this date and such other times as the

Court directs.

WITNESS the Honorable Judge of the United States District Court of

the District of Alaska, at the Federal Building and U.S. Courthouse in the City of

Anchorage, Alaska on this 25th day of September, 2006.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: **REDACTED SIGNATURE**

DEPUTY CLERK

Certified to be a true and correct copy of original filed in my office.
Dated 9-25-2006
IDA ROMACK, Clerk
By_____
redacted signature

---

**U.S. MARSHALS RETURN**

I hereby certify and return that Manuela Main Martin was transported from ACC-W to Court on 25 Sep 06 as ordered by the court.

Randy M. Johnson
U.S. MARSHAL
By: _____
Deputy U.S. Marshal

Oliver Davis Proctor Sr.